Dear Abel Acosta, "Clerk"

11-10-15
82,275-04

My NAME is michael OMAR Lopez, MY T.D.C.J. # 1822698
I AM WRITTING you Abel ACOSTA (clerk) IN regaurd OF —
MY WRIT OF HAbeus Corpus 11.07 which WAS presented To —
THe Court OF Criminal Appeals ON OCT. 14, 2015. I would
like To KNOW whAT is THe STaTUS OF MY WRIT OF habeus,
corpus 11.07 - CAuse No.# 2012-CR-1981-W2. Could you please,
NOTIFY Me with ANY kind OF INFORMATiON OF THe,
COuRT OF Criminal APPeAls decission OF MY WRIT OF,
habeus corpus 11.07. THANK You kindLy for Your,
Time.

respectfully yours,
Michael Omar Lopez
#1822698 - T.D.C.J #

Michael OMAR Lopez
Ferguson unit
12120 SAVAge DR.
Midway, TX. 75852
# 1822698

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk